**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **NAEEM WALLER,**<br>        *Plaintiff,*<br><br>        **v.**<br><br>**CITY OF PHILADELPHIA et al.,**<br>        *Defendants.* | **Civil No. 24-2235** |

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 28) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part.

As set forth in greater detail in an accompanying Memorandum, Defendants' Motion is granted on the grounds that collateral estoppel precludes Plaintiff from relitigating the narrow issue of whether Tyron Rouse's mental health history constitutes impeachment evidence under *Brady*. Defendants' Motion is denied on all other grounds.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge